# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1636
_____

Annette Nawls; Adrian Nawls

*Plaintiffs - Appellants*

v.

Shakopee Mdewakanton Sioux Community Gaming Enterprise - Mystic Lake Casino

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: October 4, 2016
Filed: October 7, 2016
[Unpublished]

_____

Before SMITH, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Annette Nawls and Adrian Nawls appeal the district court's[1] dismissal, for lack of jurisdiction, of their employment discrimination claim against an Indian tribal entity. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

A de novo review of the record reveals no reversible error. *See Riley v. United States*, 486 F.3d 1030, 1031 (8th Cir. 2007) (de novo review of district court's decision to dismiss complaint for lack of subject matter jurisdiction).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____